Entered JS-6

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

AUG 2 6 2009

CENTRAL DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAKBOUL AHMAD MAKBOUL,<br><br>Petitioner,<br><br>vs.<br><br>MIKE KNOWLES, Warden,<br><br>Respondent. | Case No. EDCV 08-1666-R (RNB)<br><br>**JUDGMENT** |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: Aug. 25, 2009

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE